JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MARINE; KELLI MARINE,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>LOWE'S HOME IMPROVEMENT WAREHOUSE, INC., a North Carolina corporation; LOWE'S COMPANIES, INC., a North Carolina corporation and DOES 1 to 100, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. ED CV 11-01480 JFW(SPx)<br><br>(Riverside County Superior Court Case No. RIC 1111858)<br><br>**ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiffs CHRISTOPHER MARINE and KELLI MARINE is hereby dismissed in its entirety, with prejudice.

Dated: June 20, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

- 1 -
**ORDER ON VOLUNTARY DISMISSAL**

Marine v. Lowe's HIW, Inc.
Case No. ED CV 11-01480 VAP SPx